I guess we just should say for the record that counsel Mr. Oldenbury was ill and the court excused him from attending. Are you ahead of busy week as well? Yes, I have, Your Honor. Good morning. My name is Margaret K. Taylor. I'm here representing the government in this matter. At the outset, it's important to note what Mr. Shalaby does not raise in his petition for review. First of all, he makes no reference Let me backtrack for a minute. I mean, the main reason I think we wanted to have argument in this case really had to do with the timeliness question and the fact that we sort of have a partial record on that. I gather the government's position is that it wasn't timely. That's correct, Your Honor. And that's why I wanted him to be here, but he's not here. So it's a little pointless in a way, but if you want to address the merits briefly, that's fine. Is there anything else you want to say? With regard to the timeliness question, he states that he faxed it. We do take petitions by fax sometimes. We do make mistakes. He didn't, however, say under penalty of perjury that he faxed it. He just states it without swearing to it. And that's basically where we are. Correct, Your Honor. And also, I looked at Circuit Rule 25-3.1 regarding the local rule on filing by fax. And it says that faxes are allowed for extreme emergencies. And I find nothing in the letter that he, the confirmation letter that he sent to the court, that he says there was any kind of extreme emergency except that he lives in Hawaii and sometimes the mail gets messed up between here and California. And that certainly doesn't rise to the level of extreme emergency. Also, the FedEx that he sent, there's also a requirement that when something is faxed, that the original be sent to the court or be delivered to the court on or before the next business day. And he, of course, missed that deadline because his didn't arrive until two business days later. And although he relies on the FedEx receipt, the FedEx receipt shows that he did not order next day delivery, but rather delivery the next day. And that's true. I checked the original in our file, and that's true. So, yes, we don't think that the government's position is that the court doesn't have jurisdiction over the petition for review at all. Is there anything you want to say about the merits? Well, Your Honor, if the court has no questions on the merits, then I think that the government will rest. Thank you very much.
judges: Alarcon, Berzon, Tallman